**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Cesar Cabrera<br>　　Anaberta Cabrera<br>　　　　　Debtor(s) | Case No. 10 B 44416 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 10/03/2010.

　　2) The plan was confirmed on 02/07/2011.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/07/2011, 02/07/2011.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/17/2012.

　　5) The case was Completed on 01/25/2016.

　　6) Number of months from filing to last payment: 64.

　　7) Number of months case was pending: 89.

　　8) Total value of assets abandoned by court order: NA .

　　9) Total value of assets exempted: NA .

　　10) Amount of unsecured claims discharged without payment: $135,007.61.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $36,781.11 |
| Less amount refunded to debtor | $12.06 |
| **NET RECEIPTS:** | **$36,769.05** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $274.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,624.84 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,898.84** |

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC Credit Corp | Unsecured | 451.00 | 451.00 | 451.00 | 53.43 | 0.00 |
| Alex Bros Outpatient Group Practice | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| Alex Bros Outpatient Group Practice | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Alex Bros Outpatient Group Practice | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Health System | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 11,000.00 | 10,695.70 | 10,695.70 | 10,695.70 | 743.50 |
| American Eagle Bank | Secured | 9,714.66 | 9,714.66 | 9,714.66 | 9,714.66 | 679.85 |
| American Eagle Bank | Unsecured | NA | 400.00 | 400.00 | 47.39 | 0.00 |
| American InfoSource LP | Unsecured | 1,852.00 | 1,851.64 | 1,851.64 | 219.38 | 0.00 |
| American InfoSource LP | Unsecured | 3,720.00 | 4,368.16 | 4,368.16 | 517.54 | 0.00 |
| American InfoSource LP | Unsecured | 270.00 | 269.91 | 269.91 | 31.98 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 700.76 | 700.76 | 83.03 | 0.00 |
| Berks Credit & Collections | Unsecured | 825.00 | 824.31 | 824.31 | 97.66 | 0.00 |
| Berks Credit & Collections | Unsecured | 965.00 | NA | NA | 0.00 | 0.00 |
| Cary Bortnick, MD | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA NA | Unsecured | 676.00 | 675.40 | 675.40 | 80.02 | 0.00 |
| Chicago Cornea Consultants Ltd | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Cornerstone Exteriors Services Inc | Unsecured | NA | 11,989.74 | 11,989.74 | 1,420.54 | 0.00 |
| Cornerstone Exteriors Services Inc | Unsecured | 11,989.74 | NA | NA | 0.00 | 0.00 |
| Credit Collections Services | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | NA | 665.89 | 665.89 | 78.89 | 0.00 |
| Department Stores National Bank | Unsecured | 378.00 | 377.35 | 377.35 | 44.71 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| East Bay Funding | Unsecured | 3,936.00 | 4,108.81 | 4,108.81 | 486.81 | 0.00 |
| eCast Settlement Corporation | Unsecured | 754.00 | 753.85 | 753.85 | 89.32 | 0.00 |
| eCast Settlement Corporation | Unsecured | 72.00 | 307.23 | 307.23 | 36.40 | 0.00 |
| eCast Settlement Corporation | Unsecured | 155.00 | 258.31 | 258.31 | 30.60 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Fox Valley Medical | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 11,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 276.00 | 1,325.40 | 1,325.40 | 157.03 | 0.00 |
| Illinois Collection Service | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 71.00 | 469.78 | 469.78 | 55.66 | 0.00 |
| Jolas & Assoc | Unsecured | 1,326.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | 48,159.00 | 48,512.25 | 48,512.25 | 5,747.73 | 0.00 |
| Loyola University Medical Center | Unsecured | 1,772.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| MEA AEA LLC | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Medical Center Anesthesia | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 843.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 1,772.00 | NA | NA | 0.00 | 0.00 |
| Neopath SC | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Northwest Health Care Associates | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 610.00 | 601.30 | 601.30 | 71.24 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,887.00 | 4,853.66 | 4,853.66 | 575.06 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 7,058.81 | 7,058.81 | 836.33 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 6,876.32 | 6,876.32 | 814.71 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 783.00 | 1,021.03 | 1,021.03 | 120.97 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 143.38 | 143.38 | 16.99 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,310.00 | 2,392.15 | 2,392.15 | 283.42 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 538.00 | 729.59 | 729.59 | 86.44 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 1,378.42 | 1,378.42 | 163.32 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 461.00 | 523.30 | 523.30 | 62.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 3,806.87 | 3,806.87 | 451.04 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,190.00 | 2,336.75 | 2,336.75 | 276.86 | 0.00 |
| Prerana Panchal MD SC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Radiological Cons Woodstock | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| Radiological Cons Woodstock | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Revenue Cycle Solutions | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Revenue Cycle Solutions | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Sherman Hospital | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Sherman Hospital | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| St Alexius Medical Center | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| St Alexius Medical Center | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Suburban Lung Assoc | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| Superior Air Ground | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| UroPartners | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 170,974.37 | 170,937.92 | 170,937.92 | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 1,852.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $170,937.92 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $20,410.36 | $20,410.36 | $1,423.35 |
| **TOTAL SECURED:** | **$191,348.28** | **$20,410.36** | **$1,423.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$110,031.37** | **$13,036.50** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,898.84 |
| Disbursements to Creditors | $34,870.21 |
| **TOTAL DISBURSEMENTS:** | **$36,769.05** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/20/2018         By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**